Finding no error in the record, the judgment is affirmed.

## BROWN v. STATE.
### No. 23644.

Court of Criminal Appeals of Texas.
April 30, 1947.

Edward Brown, pro se.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for swindling by securing $175 by means of a worthless check. Upon trial before a jury appellant was convicted and his punishment assessed at five years in the penitentiary.

The proceedings appear regular. The record is before this court without bills of exception or statement of facts. Nothing is presented for review.

The judgment is affirmed.

## ALLEN v. STATE.
### No. 23643.

Court of Criminal Appeals of Texas.
April 30, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for an aggravated assault with a motor vehicle. The punishment assessed is a fine of $500 and confinement in the county jail for a period of two years.

The complaint and information, as well as all other matters of procedure, appear to be in regular form. The record is before us without a statement of facts or bills of exception, in the absence of which no question has been presented for review.

The judgment of the trial court is affirmed.